GALLIAN WELKER & BECKSTROM, L. C.
Russell J. Gallian, #1144
Christopher A. Lund, #14074
965 East 700 South, Suite 305
St. George, Utah 84790
Telephone: (435) 628-1682
Facsimile: (435) 628-9561
Email: rgallian@utahcase.com
Email: clund@utahcase.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DAVID P. D'AMATO,<br><br>Plaintiff,<br><br>v.<br><br>DAVID FARRIER, DYLAN REEVE; MPI MEDIA GROUP A/K/A MALJACK PRODUCTIONS, INC.; CARTHEW NEAL; JUSTIN PEMBERTON; DAVID W. STARR<br><br>D/B/A TICKLE FILMS; and JANE DOES I-V, ABC CORPORATIONS I-V, and XYZ PARTNERSHIPS I-V,<br><br>Defendants. | **ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Case No.  2:16-cv-00177-DN<br><br>District Judge David Nuffer |

This matter came before the court by way of the parties' joint stipulation to dismiss.[1]

Having reviewed the motion and FOR GOOD CAUSE APPEARING IT IS HEREBY

ORDERED  as follows:

---

[1] Joint Stipulation of Voluntary Dismissal without Prejudice, docket no. 21, filed April 5, 2016.

Stipulated Motion to Dismiss Plaintiff's Complaint is GRANTED without prejudice pursuant to the terms of the stipulated agreement.[2] The Clerk shall close this case.

Dated April 29, 2016.

BY THE COURT:

David Nuffer
United States District Judge

---

[2] *Id.*